AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RANDAL N. WIIDEMAN,

      Plaintiff,   JUDGMENT IN A CIVIL CASE

V.

      CASE NUMBER: **3:11-cv-00266-ECR-VPC**

STATE OF NEVADA,
NEVADA DEPARTMENT OF CORRECTIONS,
and BRIAN WILLIAMS,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice as to all counts and defendants.


  April 21, 2011                                  **LANCE S. WILSON**
                                                                 Clerk

                                                                 /s/ Katie Lynn Ogden
                                                                 Deputy Clerk